IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

FRANK B. MCCUNE, JR.                                                    PLAINTIFF

V.                                                       CIVIL ACTION NO. 3:11-CV-423 DCB-JMR

UNITED STATES DEPARTMENT OF JUSTICE;
OFFICE OF U.S. ATTORNEY GENERAL-SOUTHERN
DISTRICT OF MISSISSIPPI; MERCHANTS AND FARMERS BANK;
INDUSTRIAL EMPLOYEES CREDIT UNION;
UNION PLANTERS BANK, AKA REGIONS FINANCIAL
CORPORATION; AMERICAN EXPRESS FINANCIAL SERVICES;
and VARIOUS "JOHN DOES"                                                 DEFENDANTS

## AGREED ORDER DISMISSING INDUSTRIAL EMPLOYEES CREDIT UNION

THIS DAY, THIS MATTER having come on for hearing on the motion to dismiss filed by the Industrial Employees Credit Union of Centerville, Iowa, and the parties announce that the dismissal of the Defendant, Industrial Employees Credit Union of Centerville, Iowa is agreed to and proper.

IT IS THEREFORE, ORDERED that the Industrial Employees Credit Union is hereby dismissed from this action with prejudice.

SO, ORDERED, this the 12th day of December, 2011.

_____
Magistrate Judge John M. Roper

AGREED:

_____
Richard M. Lingle, attorney for the credit union

_____
Chokwe Lumumba, attorney for the Plaintiff

PREPARED AND SUBMITTED BY:

Richard M. Lingle
RICHARD M. LINGLE, PLLC
Post Office Box 1928
Jackson, Mississippi 39215-1928
(601) 366-0454
(601) 362-4200 fax
rmlingle@aol.com
MS Bar no. 1270