IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| FRANK B. MCCUNE, JR., ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CIVIL ACTION NO.: |
| ) | 3:11-cv-00423-DCB-JMR |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE; OFFICE OF U.S. ) | |
| ATTORNEY-GENERAL SOUTHERN ) | |
| DISTRICT OF MISSISSIPPI; ) | |
| MERCHANT AND FARMERS BANK; ) | |
| INDUSTRIAL EMPLOYEES CREDIT ) | |
| UNION; UNION PLANTERS BANK ) | |
| A/K/A REGIONS FINANCIAL ) | |
| CORPORATION; AMERICAN ) | |
| EXPRESS FINANCIAL SERVICES; and ) | |
| VARIOUS "JOHN DOES" ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |

**AGREED ORDER DISMISSING AMERICAN EXPRESS COMPANY**

THIS DAY, THIS MATTER having come on for hearing on the motion to dismiss of American Express Company, and the parties announce that the dismissal of American Express Company, to the extent it may have been a defendant in this action, is agreed to and proper.

IT IS THEREFORE, ORDERED that American Express Company is hereby dismissed from this action with prejudice.

SO ORDERED, this the  19th   day of  January, 2012.

                                                          s/David Bramlette
                                                          UNITED STATES DISTRICT JUDGE

AGREED:

_____
Chokwe Lumumba
Attorney for Plaintiff Frank B. McCune, Jr.

_____
Elizabeth B. Shirley
Attorney for American Express Company

PREPARED AND SUBMITTED BY:

Elizabeth Bosquet Shirley, MSB # 100382
BURR & FORMAN LLP
420 N. 20th Street
Wells Fargo Tower, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1972036 v1