```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                          JACKSON DIVISION

FRANK B. McCUNE, JR.                                       PLAINTIFF

VS.                         CIVIL ACTION NO. 3:11-cv-423(DCB)(JMR)

UNITED STATES DEPARTMENT OF JUSTICE;
MERCHANT AND FARMERS BANK;
REGIONS FINANCIAL CORPORATION,
F/K/A UNION PLANTERS BANK;
MEMBERS EXCHANGE CREDIT UNION, F/K/A
INDUSTRIAL EMPLOYEES CREDIT UNION;
AMERIPRISE FINANCIAL SERVICES, INC.,
F/K/A AMERICAN EXPRESS FINANCIAL
SERVICES; VARIOUS "JOHN DOES"                             DEFENDANTS
```

ORDER

This cause is before the Court on Industrial Employees Credit Union's motion to dismiss **(docket entry 25)**. The Industrial Employees Credit Union ("IECU") that was originally served with process by the plaintiff is located in Centerville, Iowa, and is not the same entity that is now known as Members Exchange Credit Union, a party to this lawsuit. IECU of Centerville, Iowa filed its motion to dismiss on October 17, 2011. On December 12, 2011, IECU of Centerville, Iowa was dismissed from this action by an Agreed Order, without reference to docket entry 25, and was terminated. Accordingly,

IT IS HEREBY ORDERED that Industrial Employees Credit Union's motion to dismiss **(docket entry 25)** is MOOT.

SO ORDERED, this the 24th day of July, 2012.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE