IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

FRANK B. McCUNE, JR.                                                                    PLAINTIFF

VS.                                                            CIVIL ACTION NO. 3:11cv423-DCB-JMR

UNITED STATES DEPARTMENT OF JUSTICE;
MERCHANT AND FARMERS BANK;
REGIONS FINANCIAL CORPORATION, F/K/A
UNION PLANTERS BANK; MEMBERS
EXCHANGE CREDIT UNION, F/K/A
INDUSTRIAL EMPLOYEES CREDIT UNION;
AMERIPRISE FINANCIAL SERVICES, INC.,
F/K/A AMERICAN EXPRESS FINANCIAL
SERVICES; and VARIOUS "JOHN DOES"                                                       DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL

THIS CAUSE having come before the Court on the agreement of the Plaintiff and the Defendant, Regions Financial Corporation f/k/a Union Planters Bank (hereafter "Regions"), and the Court being advised that the plaintiff is desirous of dismissing all claims against Regions with prejudice, is of the opinion that the following relief should be granted:

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

1. That this action as against Regions is hereby dismissed with prejudice, with each party to bear their own costs;

2. That this action as against all other defendants shall proceed and shall not be affected by the entry of this judgment; and

3. This Judgment is a final judgment pursuant to the provisions of Rule 54(b) of the Federal Rules of Civil Procedure.

27655311-1

SO ORDERED AND ADJUDGED this the 27th day of March, 2013.

s/David Bramlette<br>UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Robert L. Gibbs
ATTORNEY FOR PLAINTIFF

/s/ William C. Brabec
ATTORNEY FOR REGIONS
FINANCIAL CORPORATIN F/K/A
UNION PLANTERS BANK

27655311-1