**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**FRANK B. McCUNE, JR.**                                                          **PLAINTIFF**

**VS.**                                              **CIV. ACT.  3:11-cv-00423-DCB-MTP**

**UNITED STATES DEPARTMENT**
**OF JUSTICE, et al.**                                                            **DEFENDANTS**

---

**AGREED ORDER EXTENDING DEADLINE**
**TO FILE DISPOSITIVE MOTIONS**

---

This cause came before the Court on the motion of defendant Ameriprise Financial

Services, Inc. ("Ameriprise") for a four-day extension of time for all parties to file dispositive

motions.  Counsel for Ameriprise has represented to the Court that all parties consent to the

motion.  Having considered the premises, the Court finds the deadline for all parties to file

dispositive motions should be, and hereby is, extended to August 2, 2013.

SO ORDERED, this the 25th day of July, 2013.


                                                    s/David Bramlette
                                                    United States District Judge