IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

FRANK B. McCUNE, JR.                                                                    PLAINTIFF

VS.                                                        CIVIL ACTION NO. 3:11CV423 DCB-MTP

UNITED STATES DEPARTMENT OF JUSTICE;
OFFICE OF U.S. ATTORNEY GENERAL
SOUTHERN DISTRICT OF MISSISSIPPI;
MERCHANT AND FARMERS BANK;
THE MEMBERS EXCHANGE CREDIT UNION F/K/A
INDUSTRIAL EMPLOYEES CREDIT UNION;
UNION PLANTERS BANK A/K/A REGIONS
FINANCIAL CORPORATION; AMERIPRISE
FINANCIAL SERVICES F/K/A AMERICAN
EXPRESS FINANCIAL SERVICES; and
VARIOUS "JOHN DOES"                                                                  DEFENDANTS

**AGREED JUDGMENT OF DISMISSAL**

This cause having come before the Court on the agreement of Plaintiff and Defendant, Members Exchange Credit Union (hereafter Members Exchange), and the Court being advised that Plaintiff is desirous of dismissing all claims against Members Exchange with prejudice, is of the opinion that the following relief should be granted:

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

1.     That this action as against Members Exchange is hereby dismissed with prejudice, with each party to bear their own costs;

2.     That this action as against all other Defendants shall proceed and shall not be affected by the entry of this Judgment; and

3. This Judgment is a Final Judgment pursuant to the provisions of Fed. R. Civ. P. 54(b).

SO ORDERED AND ADJUDGED, this the 21st day of August, 2013.

                                                s/David Bramlette  
                                                UNITED STATES DISTRICT JUDGE

AGREED:

s/ Robert L. Gibbs  
ROBERT L. GIBBS - BAR #4816  
ATTORNEY FOR PLAINTIFF

s/ Terry R. Levy  
TERRY R. LEVY - BAR # 1225  
ATTORNEY FOR DEFENDANT,  
MEMBERS EXCHANGE CREDIT UNION