IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**FRANK B. MCCUNE, JR.**                                                          **PLAINTIFF**

**VS.**                         **CIVIL ACTION NO.: 3:11-cv-00423 DCB MTP**

**UNITED STATES DEPARTMENT OF
JUSTICE; MERCHANT AND FARMERS
BANK; REGIONS FINANCIAL
CORPORATION, F/K/A UNION PLANTERS
BANK; MEMBERS EXCHANGE CREDIT
UNION, F/K/A INDUSTRIAL EMPLOYEES
CREDIT UNION; AMERIPRISE FINANCIAL
SERVICES, INC., F/K/A AMERICAN
EXPRESS FINANCIAL SERVICES; VARIOUS
"JOHN DOES"**                                                **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL

This cause having come before the Court on the agreement of Plaintiff and Defendant, Merchant & Farmers Bank (M&F), and having been advised that Plaintiff is desirous of dismissing all claims against M&F with prejudice, the Court is of the opinion that the following relief should be granted:

IT IS THEREFORE, ORDERED AND ADJUDGED as follows:

1. That this action as against Merchant & Farmers Bank is hereby dismissed with prejudice, with each party to bear their own costs;

2. That this action as against all other remaining Defendants shall proceed and shall not be affected by the entry of this Judgment; and

3. This Judgment is a Final Judgment pursuant to the provisions of Fed. R. Civ. P. 54(b).

SO ORDERED AND ADJUDGED, this the 10th day of September, 2013.

s/David Bramlette<br>UNITED STATES DISTRICT JUDGE

AGREED:

/s/Robert L. Gibbs_____
ROBERT L. GIBBS – MSB #4816
ATTORNEY FOR PLAINTIFF


/s/Frank W. Trapp_____
FRANK W. TRAPP – MSB #8261
ATTORNEY FOR DEFENDANT,
MERCHANT & FARMERS BANK

2